UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL H. HUNT,

    Plaintiff,

-vs-                                                Case No. 8:05-cv-511-T-27EAJ

STATE OF FLORIDA and
WAYNE TIMMERMAN,

    Defendants.
_____/

## ORDER

Plaintiff, an inmate in the Hillsborough County Jail, Tampa, Florida, initiated this action by filing a civil complaint, which has been construed as a claim brought pursuant to 42 U.S.C. § 1983 (Dkt. 1). Plaintiff alleges that he was the victim of "malice and intent to do great bodily harm during an emergency (911) situation of a heart attack/chest pains" he experienced during a bond hearing held on March 2, 2005. The document is titled "Civil Suit Amendment." Since Plaintiff failed to include a case number on the Civil Suit Amendment, the Clerk processed the document as a new complaint.

The Court takes judicial notice of the civil suit filed by Plaintiff on March 10, 2005, in this Division, Case No. 8:05-CV-469-T-23EAJ, asserting the same claims asserted in the present complaint against the same defendants. Having compared the documents filed in each case, the Court concludes that Plaintiff clearly intended to amend the complaint filed in Case No. 8:05-CV-469-T-27EAJ rather than initiate a new cause of action.

ACCORDINGLY, the Court **ORDERS** that:

1. The complaint ("Civil Suit Amendment") is **DISMISSED**.

2. The **Clerk** shall terminate all pending motions, close this case, and docket a copy of the "Civil Suit Amendment" (Dkt. 1) as an amended complaint in Case No. 8:05-CV-469-T-23EAJ.

**ORDERED** at Tampa, Florida, on __April 26th__, 2005.

> JAMES D. WHITTEMORE
> United States District Judge

SA:jsh

Copy to:   Plaintiff *Pro Se*
           SA:ro